UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETRA C. HOFMANN,

    Plaintiff,

v().  Case No. 8:06-cv-2141-T-24 MAP

TALIA TECHNOLOGY, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's response to the Court's Order to Show Cause regarding her failure to serve Defendant within 120 days after filing her complaint. (Doc. No. 6, 7). Plaintiff filed her complaint on November 16, 2006. (Doc. No. 1). The Marshal attempted to serve Defendant at 1014 U.S. Highway 19, #114, Holiday, Florida 34691. (Doc. No. 7, Ex. 1). On January 19, 2007, the Process Receipt and Return was filed, which indicated that the Marshal was unable to serve Defendant at the given address and that the owner of suite 114 said that Defendant went out of business and was no longer in the suite. (Doc. No. 7, Ex. 1).

In response to the Court's Order to Show Cause, Plaintiff responds that based on Defendant's website, it still does business in Florida. She notes that the website indicates Defendant's business address as 1014 U.S. Highway 19, Suite #114, Holiday, Florida 34691 (the same address where service was attempted). (Doc. No. 7, Ex. 2). However, Plaintiff concedes that Defendant does not occupy suite 114. Plaintiff asks the Court to give her an additional 120 days to serve Defendant.

Upon consideration, the Court finds that Plaintiff has not shown good cause to warrant an 120 day extension of time to serve Defendant. Service was attempted on January 5, 2007, and

on January 19, 2007, the Process Receipt and Return was filed, which indicated that the Marshal was unable to serve Defendant. Plaintiff has not described any attempts to serve Defendant at any other address in the last three months after service was unsuccessfully attempted at suite 114. Furthermore, Plaintiff does not identify another address at which she believes service can be made. As such, the Court denies Plaintiff's request to extend the time to serve Defendant.

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of April, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff